BEFORE THE SECOND DIVISION, FEBRUARY 6, 1946

**No. 50876.**—Protests 67468–K, etc., of Strauss-Eckardt Co., Inc. (New York).

Opinion by LAWRENCE, J.   The uncontradicted evidence conclusively established that the merchandise in question is the same as that passed upon in Abstract 50488.   In accordance therewith the claim at 40 percent under paragraph 339 was sustained.

**No. 50877.**—Protest 744554–G of Max Oberdorfer (Portland, Oreg.).

Opinion by LAWRENCE, J.   When this protest was called for hearing the case was submitted with the request that it be reopened, if necessary.   The court's attention was not drawn to any proclamation of the President nor was there any evidence tending to support any of the claims made.   An examination of the papers disclosing no reason for disturbing the decision of the collector, which was presumptively correct, the protest was overruled.